IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JUSTIN DAVID LEE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:15-CV-107-WKW |
| ) | [WO] |
| GENEVA COUNTY STATE OF ) | |
| ALABAMA DEPARTMENT OF ) | |
| HUMAN RESOURCES and ) | |
| CINDY SHELLHOUSE, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

On February 20, 2015, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 4.) Upon an independent review of the file in this case, it is ORDERED that the Recommendation is ADOPTED and Plaintiff's case is DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

An appropriate final judgment will be entered separately.

DONE this 12th day of March, 2015.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE